MAGISTRAGE JUDGE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MZEE BARAKA HARRIS,

        Petitioner,

v.

BENEDICT MARTINEZ,

        Respondent.

NO. C06-0954-JLR-MAT

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR HABEAS CORPUS

    The Court, having reviewed the record and Respondent's Motion for Extension of Time to File Response; does hereby find and **ORDER**:

    1.    Respondent's Motion is **GRANTED**. Respondent's Answer is due by October 5, 2006.

    2.    The Clerk of the Court is instructed to send uncertified copies of this Order to Petitioner and counsel for Respondent.

    DATED this 28th day of September, 2006.

                s/ Mary Alice Theiler
                United States Magistrate Judge

Presented By:
ROB MCKENNA
Attorney General

/s/ Donna H. Mullen
DONNA H. MULLEN, WSBA #23542
Assistant Attorney General

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR HABEAS CORPUS
NO. C06-0954-JLR-MAT

1

ERROR! AUTOTEXT ENTRY NOT DEFINED.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that I caused the foregoing document to be electronically filed with |
| 3 | the Clerk of the Court using the CM/ECF system.  I certify that I mailed by United States |
| 4 | Postal Service a copy of the foregoing document to the following non CM/ECF participants: |
| 5 | TO: |
| 6 | MZEE BARAKA HARRIS, DOC #775054 |
|   | FLORENCE CORRECTIONAL CENTER |
| 7 | P.O. BOX 6900 |
|   | FLORENCE, AZ  85232-6900 |
| 8 | |
|   | I certify under penalty of perjury that the foregoing is true and correct. |
| 9 | |
|   | EXECUTED this 5th day of September, 2006 at Olympia, WA. |
| 10 | |
| 11 | |
|    | /s/ Dawn R. Walker_____ |
| 12 | DAWN R. WALKER |

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR HABEAS CORPUS
NO. C06-0954-JLR-MAT

2

ERROR! AUTOTEXT ENTRY NOT DEFINED.