UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MZEE BARAKA HARRIS,

        Plaintiff,

    v.

BENEDICT MARTINEZ,

        Defendant.

CASE NO. C06-954JLR

ORDER

The court is in receipt of Mr. Harris's motion for extension of time, which he submitted by letter dated February 6, 2007 (Dkt. # 22). In its order of February 8, 2007, the court granted a continuance in this matter, allowing Mr. Harris to file his objections to Judge Theiler's Report and Recommendation by March 1, 2007 (Dkt. # 21). The court therefore STRIKES as moot Mr. Harris's motion (Dkt. # 22).

Although Mr. Harris has not filed a motion requesting the appointment of counsel, he states that he is currently seeking the representation of a Federal Public Defender. Mr. Harris is not entitled to the appointment of a Federal Public Defender unless the court determines that the interests of justice so require. See 18 U.S.C. § 3006A. "Absent unusual circumstances, the law does not require that an indigent prisoner be furnished with counsel for the purpose of attacking a state court judgment in the federal courts." Schlette v. People of State of Cal., 284 F.2d 827, 836 (1960). The court advises Mr.

MINUTE ORDER - 1

1   Harris that he shall be prepared to file his objections to the Report and Recommendation
2   by March 1, 2007, without the assistance of court-appointed counsel.
3       Filed and entered this 20th day of February, 2007.

*[signature]*

JAMES L. ROBART
United States District Judge

MINUTE ORDER - 2