FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 2 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MZEE BARAKA HARRIS, | ) | CASE NO.: C06-0954-JLR-MAT |
| Petitioner, | ) | |
| v. | ) | ORDER DENYING § 2254 PETITION AND DISMISSING ACTION WITH |
| BENEDICT MARTINEZ, | ) | PREJUDICE |
| Respondent. | ) | |

The Court, having reviewed petitioner's federal habeas petition, respondent's answer thereto, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER as follows:

(1) The Report and Recommendation is adopted;

(2) Petitioner's federal habeas petition (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice; and

(3) The Clerk shall send copies of this Order to all counsel of record and to the Honorable Mary Alice Theiler.

DATED this 2nd day of March, 2007.

JAMES L. ROBART
United States District Judge

ORDER DENYING § 2254 PETITION AND
DISMISSING ACTION WITH PREJUDICE
PAGE -1

06-CV-00954-ORD